**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

James Craig Urban
Nancy Lee Urban
Residing together at 391 Concord Avenue Branson, Missouri 65616
Concord Trust
  Jacob-Franz: Dyck, Trustee
  Residing at 3000 Green Mountain Dr. Branson, MO 65615
      Plaintiffs, (Relators)

     v.

HOMECOMINGS FINANCIAL, LLC
2711 North Haskell Avenue
Dallas, Texas 75204

SOUTH AND ASSOCIATES
DOUGLAS A. HICK, ATTORNEY
JASON D. BAHANSEN, (MO #56505)
NICHOLAS L. ACKERMAN, (MO #54761)
JILL D. OLSEN, (MO #49835)
6363 College Blvd., Suite 100
Overland Park, KS 66211-1542

DEUTSCHE BANK TRUST COMPANY AMERICAS
130 Liberty St
New York, NY 10006

IN THEIR PRIVATE CAPACITY, IN THEIR CORPORATE CAPACITY AND
ALL MARITAL ASSETS
DEFENDANTS, (RESPONDENTS)

Case: 1:07-cv-01451
Assigned To : Roberts, Richard W.
Assign. Date : 8/10/2007
Description: Pro Se General Civil

DEMANDED Rule 38 FRCP
Demand for **trial by jury**

*JURY ACTION*

---

## COMPLAINT

---

### Affidavit

We, James Craig Urban, Nancy Lee Urban and Jacob-Franz: Dyck, are competent to

testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty

Supreme Creator, first and foremost and the laws of Man when they are not in conflict

(Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.LR. v. Ferguson

USCA 90-1430], let our yeas be yeas and our nays nay, as supported by your Federal law
97-280,96 Stat. 1211. We have personal knowledge of the matters stated herein and
hereby asseverate understanding the liabilities
presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

## Identifying Parties

**Plaintiff (Relators)**
James Craig Urban
Nancy Lee Urban
     Initial owners of property, grantors to trust.
Concord Trust
     A common law pure trust organization created by Jacob-Franz: Dyck
Residing at 391 Concord Avenue Branson, Missouri 65616

  Jacob-Franz: Dyck, Trustee
     Residing at 3000 Green Mountain Dr. Branson, MO 65615


**Defendants (Respontents)**
HOMECOMINGS FINANCIAL LLC
2711 North Haskell Avenue
Dallas, Texas 75204
     Initial signers of first mortgage.

SOUTH & ASSOCIATES, P.C.
JASON D. BAHANSEN, (MO #56505)
NICHOLAS L. ACKERMAN, (MO #54761)
JILL D. OLSEN, (MO #49835)
DOUGLAS A. HICK ATTORNEY

6363 College Blvd., Suite 100
Overland Park, KS 66211-1542
     Attorneys representing Homecomings Financial.

DEUTSCHE BANK TRUST COMPANY AMERICAS
130 Liberty St
New York, NY 10006
     Purchased the property during the first year following signing the promissory note
     2004.


**All plaintiffs are sovereigns natural born persons as stated in the Treaty of Peace of**

**1783.**

**All defendants are corporate entities as identified by their corporate charters be**

**they State or Federal.**

## Complaint and Facts of Case

The property in question was placed into a Pure, irrevocable, common law trust, Concord
Trust, with properly judicated laws and facts as part of the body of the trust. Months later
the trust wanting to make money for and with, the property, by using the equity in the
property, requested that a full accounting be established by the legal institution. All
requests were unanswered. The trustee then involved a notary and certified Unites States
mail. Still no response was received by the Plaintiffs. Shortly thereafter the property was
purported sold by a person having no interest or equity in the property, this was done on
two different occasions. No bidders were present and no bids were taken. This sales
person then stated that the <u>individual</u> hiring her bought the property. Upon questioning
the sales person and asking by what authority the property was sold; the response was
that "This is what I was told to do by the law firm South & Associates in Kansas City."
On July 24, 2007 a letter from South & Associates was received stating that legal action
would be taken, without answering all questions. This cause is therefore being taken to
answer the questions asked of the original purported note holder Homecomings Financial
LLC..

The Defendants never responded to the demand of the Plaintiff to have
documentation produced in support of an actual contract between the defendants and the
plaintiffs. There was also no accounting of payment to establish the amount of equity the
Plaintiffs had, so that an arrangement could be made with a lending institution to possibly
make that portion of the usable equity along with increased appraisal value work for the

4

Plaintiffs.  The defendant instead opted to sell the property and steal the equity and increased value for themselves.  This is a manipulated theft which the buyer is protected from in a real property transaction by the Fair Debt Collection Act and the Lending Act laid down by U.S. Congress and have been protected and upheld by the U.S. Supreme Courts.  This is shown in the following thirty pages, page 6 – 36.

## Jurisdiction

Comes the Relators, James Craig Urban, Nancy Lee Urban and Jacob-Franz: Dyck, all natural born free adults, to this honorable court sitting in Article III. Sec. 2:1 capacity under Federal Rules of Civil Procedures, Rule 9 (b) (c) (d) (e)(f) (g) and Rule 60 (b) for the discovery of the law and facts and upon the discovery of a scheme to defraud the Relators.

Under Federal rules of Civil Procedures Rule 9 (b) that fraud vitiated against contract or action ab initio. The jurisdiction of this court is invoked under Title 28 United States Code Section 1331 and 1332, this being an action arising under the Constitution of the United States and of the State of Missouri, Bill of Rights, Laws of the United States and Foreign Treaties of the United States. Deprivation under Color of State Laws, Statutes, ordinance, regulation, custom, and usage of a right, privilege, and immunity secured to Relators by the 1st. 4th, 5th, 6th, 7th, 8th and Articles of the Bill of Rights.

Relators pleadings set the jurisdiction of this cause in the jurisdiction of the American flag. Title 4 U.S.C. Sec. 1, of the united States of America. When Relators

captured Taney County Court, State of Missouri, now is within the jurisdiction of a

Federal Court, as all courts are United States Federal Courts because of the United States

Federal Oath or affirmation and the Title 4 U.S.C. Sec. 1 American flag. Under the law of

the Flag the United States Federal Flat Title 4 U.S.C. Sec. 1 and the Oath of Office makes

all Courts Federal Courts.

The Respondent knew the Constitution of the United States laws were correct as

sworn by the Oath or Affirmation contract, then acted with the acts stated herein, by the

definition of Titles, Blacks law dictionary and the United States Codes and the Laws of

Contract. The Respondent should have practiced the law with the skill and care and

diligence in the examination by the case incorporated, the Respondent should have

discovered the defect, but the Respondent was guilty of such want of care, skill and

diligence in the examination of Plaintiff's rights and in advising Plaintiffs in the case

incorporated. Plaintiffs were misled as no disclaimer of responsibility before the

Respondent court proceedings were by beginning and Plaintiffs did not sign

Constitutional rights away by the true intent of the facts stated in this cause shown by

Plaintiffs.

## CONSTITUTIONAL QUESTIONS TO BE RESOLVED

1.  Does an original contract have to be produced in claiming a debt? The
    plaintiff's contention is <u>Yes</u>.

2.  Does a contractual agreement (Art. I sec 10) have the full force, and effect of
    enforcement by the proper legal means? Plaintiff's contention is <u>Yes</u>.

6

3.    Does a Land Patent have the absolute <u>possessory</u> interest of allodial title?  The
      Plaintiff's contention is <u>Yes</u>.

4.    Does a deed of trust have possessory interest?  Plaintiff's contention is <u>**No, it**</u>
      <u>only has security interest</u>.

5.    Does fraud involved in contract <u>vitiate</u> the contract?  Plaintiff's contention is
      <u>Yes</u>.

6.    Does the enforcing government structure having been properly and duly
      established, including properly taken oath and properly bonded, have the right
      to violate the oath and carry insufficient bond?  The plaintiff's contention is
      <u>No</u>.

7.    Does the owner of property have the absolute right of trial <u>by</u> jury of his
      peers?  The plaintiff's contention is <u>Yes</u>.

8.    Can property be sized without proper cancellation of the contract?  Plaintiff's
      contention is <u>No</u>.

**Briefs to follow in support of the above questions and answers.**

## TRUSTS AS BUSINESS ENTITIES

Article 1, Section 10 of the US Constitution states in part "No State shall pass....any Law

impairing the Obligation of Contracts." Since this Trust Indenture is a contract between

the Creator, Trustees, and Beneficiaries, the indenture CONTROLS and no one has the

legal authority to violate its legal provisions. No one can change the Trust indenture except those empowered by the indenture.

Baker vs. Stern. ALR 462, the Court said "It is established by legal precedence that Pure Trusts are lawful, valid business organizations."

Burnett vs. Smith. SW 1007 (1922), the Court ruled "Trust or trust estate is a legal entity for almost all purposes as are Common Law Trusts."

Smith vs. Morse. 2 CA 524, A Pure Trust is established by contract, and any law or procedure in its operation, denying or obstructing contract rights impairs contractual obligation and is, therefore violative of the United States Constitution.

Crocker vs. Malley, 249 US SUP 39 at 270, A Pure Trust organization, consist of a US constitutional right to contract which cannot be abridged. The agreement when executed becomes a federal organization and not under laws passed by any of the several legislatures.

Elliot vs. Freeman. 220 US 178, A Pure Trust is not subject to legislative control. The United States Supreme Court holds that the Trust relationship comes under the realm of equity, based upon the common law, and is not subject to legislative restrictions as are corporations and other organizations created by legislative authority.

Schumann-Heinkvs. Folsnm. 159 NE 250, If it is free from control by Certificate holders, then it is a Pure Trust.

Berry vs. McCourt. 204 NE 2d 235 (1965), A Pure Trust is a contractual relationship in Trust form.

Trenton Cotton Company vs. Commissioner. 147 F 2d 33 (1945), "Exchange is the giving of one thing for another in kind and excluding money as a basis of measure."

Goodhue vs. State St. Trust Co., 267 Mass 28, "Certificates are not chattels, but are evidences of intangible rights."

## TRUSTS AS LEGAL ENTITIES

Weeks vs. Sibley, D.C. 269 F 135, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Phillips vs. Blatchford. 137 Mass 510, "A Pure Trust is not illegal if formed for the express purpose of avoiding taxation."

Edwards vs. Commissioner. 415 F 2d 578,582,10th Cir. (1969), "Dignity of contract cannot be set aside because a tax benefit results either by design or accident."

Phillips vs. Blatchford. 137 Mass 510 (1884), as stated by Mr. Justice Holmes "An association does not become illegal simply because another very like it is taxed."

### Your Right to Private Contract!

### HALE v. HENKEL. 201 U.S. 43 at 89 (1906)

Hale v. Henkel was decided in 1906 by the united States supreme Court. Since it was the supreme Court, the case is binding on all courts of the land, until another supreme Court case says it isn't. Has another supreme Court case ever overturned

Hale v. Henkel?

As a matter of fact, since 1906, Hale v. Henkel has been cited by all of the federal and state appellate court systems over 16 hundred times! Remember that in nearly every instance when a case is cited, it has an impact on the presidential authority of the cited case. The more times a case is held up as "the law," the more it becomes cast in granite.

How does that compare with other previously decided Supreme Court cases? Initial observations have shown that no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. And, none of the various issues of this case have ever been overruled. On the persuasive side in Hale v. Henkel it was the United States Supreme Court which was speaking the "Law of the Land." How much more persuasive can a case be? The opinion of the court stated:

> *"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property."*

> *"His rights are such as existed by the Law of the Land (Common Law) long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution."*

> *"He owes nothing to the public so long as he does not trespass upon their rights."*

Hale v. Henkel is based on Article 1 Sec. 10 of the Constitution for the united States of America (several separate 50 states) established in 1789 long before the Federal Corporate U.S. was established in 1871! Here is part of that Article: (highlighted and underlined for clarity) (definition of State means: The political system of a body of

people who are politically organized; the system of rules by which <u>jurisdiction</u> and

authority are exercised over such a body of people.) (in America this is the Federal

Corporate govt. (D.C.) and at the 50 states level)

<u>No State shall</u> enter into any Treaty, Alliance, or Confederation; grant Letters of Marque

and Reprisal: coin money; emit Bills of Credit; make any Thing but gold and silver Coin

a Tender in Payment of Debts; <u>pass any</u> Bill of Attainder, ex post

facto Law, or <u>Law impairing the Obligation of Contracts</u> or grant any Title of

Nobility. (Esquire)

### PURE TRUST ARE LEGAL ENTITIES

"No state shall make any law impairing the obligation of contracts" Article 1,

Section 10-3 U.S. Constitution.

1.      The Business Trust Organization or "Pure Trust" is a contractual relationship, the

        parties thereto create their own Trust Organization.

2.      It provides Trust Certificate Units (TCU's) as evidence of limited rights. The

        holder of TCU's convey no legal title in the trust property, nor any voice in

        management and control thereof.

3.      Business is accomplished by Trustees and Minutes instituted as occasions  arise.

The      Trustees are managers, with no one exercising any control over them.

4.      It is a legal entity and an artificial individual with rights almost equal to a

        natural individual. The Pure Trust is Irrevocable and no one has any

        reversionary rights to its assets. It can own property and conduct business

        like any person.

5.      A person may exchange assets, or any portion thereof, to it for *Trust*

11

*Certificate Units.* This is a Tax Free exchange (Supreme Court ruled if property received in exchange has no fair market value, it does not represent taxable gain to the recipient. <u>Burnett v. Logan,</u> 283 US 404). There is no holding back of any right or interest. TCU's never change.

6. TCU's can be distributed among family members or others free of any gift tax. No vested interest is transferred, only the right to receive distributions as directed by the trustees.

7. The Trust pays no estate tax because there is no estate owned by any person at death. All assets are owned fee simple by the Trust. TCU's have no intrinsic value and cannot be taxed because they are not owned at death.

### OTHER CASE LAW SUPPORTING THE CREATION AND STRUCTURING OF TRUSTS

Cite 1 An equity Pure Trust is a lawful, irrevocable, separate legal entity. In the case of <u>Baker vs. Stern</u>, 58 A.L.R. 462, the Court said that, "IT IS ESTABLISHED BY LEGAL PRECEDENT THAT PURE TRUSTS ARE LAWFUL, VALID BUSINESS ORGANIZATIONS." In the case of <u>Burnett vs. Smith</u>, S.W. 1007 (1922), the Court ruled that 'TRUST OR TRUST ESTATE IS A LEGAL ENTITY FOR MOST ALL PURPOSES AS ARE COMMON LAW TRUSTS." In <u>Edwards vs. Commissioner</u>, 415 F 2d 578, 582,10th Cir. (1969) the Court said "DIGNITY OF CONTRACT CANNOT BE SET ASIDE BECAUSE A TAX BENEFIT RESULTS EITHER BY DESIGN OR ACCIDENT". In <u>Weeks vs. Sibley</u>, (D.C.) 269 F, 135, the Court said "A PURE TRUST IS NOT ILLEGAL IF FORMED FOR THE EXPRESS PURPOSE OF AVOIDING TAXATION."

Cite 2 A pure Trust is established by contract, and any law or <u>procedure</u> in its

12

operation, denying contract or obstructing contract rights impairs contract

obligation and is, therefore, violative of the United States Constitution. (Smith vs.

Morse. 2 CA 524.)

Cite 3  The Trustees of a Trust have all the power necessary to carry out their

obligations which they assume and their books and records are not subject to review

or subpoena, and so held in Boyd vs. U.S., 116 US 618; and also in Silver Thorne

Lumber Co. vs. U.S., 1251 US 385. (See *Article IV of the Constitution*.)

Cite 4 A Trust organization, consisting of a U.S. Constitutional right of contract

which cannot be abridged, the agreement when executed becomes a Federal

organization and not under the laws passed by any of the several legislatures.

(Crocker vs. MacCloy, 649 US SUP. 39 at 270.)

Cite 5 A Pure Trust is not subject to legislative control. The United States Supreme

Court holds that Trust relationship comes under the realm of equity, based upon

the common law, and is not-subject to legislative restrictions as are corporations

and other organizations by legislative authority. (Elliot vs. Freeman, 220 US 178.)

Cite 6 The creator of a Pure Trust may mold and give it any shape he chooses, and

he or the Trustees, upon such terms as he may choose to impose. (Shaw vs. Paine,

12 Alien (Mass) 293; also in Harwood vs. Tracy 118 MO 631,24 SW 214.)

Cite 7 "WE FIND IT INTOLERABLE THAT ONE CONSTITUTIONAL RIGHT

SHOULD HAVE TO BE SURRENDERED IN ORDER TO ASSERT ANOTHER."

(Simon vs. US, 390,389,1968.)

Cite 8 "THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT

CANNOT BE CONVERTED INTO A CRIME." (Miller vs. US., 230 F 2d 486 at

489.)

Cite 9  In the case of <u>Miranda vs. Arizona</u>, 380 US 436 (1966) the Court said:

"WHERE FUNDAMENTAL RIGHTS UNDER THE CONSTITUTION ARE

INVOLVED, THERE CAN BE NO RULEMAKING OR LEGISLATION WHICH

CAN ABROGATE THEM."

Cite 10 Chief Justice, Marshall said in the case of <u>Marbury vs. Madison</u> 5 US (1

Cranch), 137,174,176, (1830) that: "ALL LAWS WHICH ARE REPUGNANT TO

THE CONSTITUTION ARE NULL AND VOID." A Constitutionally valid Trust

cannot be also "abusive", - nor can the Trust Creator or Trustees or Beneficiaries

be penalized for doing what they have a Constitutional right to do.

Cite 11 "THERE CAN BE NO SANCTION OR PENALTY IMPOSED UPON

ONE BECAUSE OF HIS EXERCISE OF CONSTITUTIONAL RIGHTS: <u>Sherar</u>

<u>vs. Cullen</u>, 481 F 2d 946 (1973).

Cite 12 A Trust has a legal right to sue in its own name or be sued. In the case of

<u>Waterman vs. MacKenzie</u>, 138 US 252 (1891), <u>the Court ruled that the Trust had a</u>

<u>right to sue in its own name</u>. In the case of <u>U.S. vs. Carruthers</u> 219 F 2d (1925), the

Court ruled that the Business Trust has the right to own property and be sued.

Cite 13 "<u>When any court violates the clear and unambiguous language of the</u>

<u>Constitution, a fraud is perpetuated, and no one is bound to obey it</u>. (State vs.

Sutton, 63 Minn. 147: 65 NW 262: 30 ALR 630.)

Cite 14 "No particular form of words is essential to create a Trust, provided there

be reasonable, certainty as to the property, the objects, and the beneficiaries."

<u>Chicago. M & St PR. Co. vs. Des Moines Union R. Co.</u> 254 U.S. 196 41 S.Ct. 81,65

L.Ed. 219.

Cite 15 "When a Trust is established and acknowledged, it does not need to be constantly reiterated or confessed." Chicago, M & St. PR. Co. vs. Des Moines Union R. Co.,

Cite 16 U.S. adopted Common laws of England with the Constitution. Caldwell vs. Hill, 178 SE 383 (1934).

Cite 17 If it is free of control by Certificate holders, then it is a Pure Trust. Schuman-Heink vs. Folsom, 159 NE 250 (1927).

Cite 18 A Pure Trust is a contractual relationship in Trust form. Berry vs. McCourt. 204 NE 2d 235 (1965).

Cite 19 Trustees are legal owners of property in Trust (fiduciary). Johnson vs. Lewis. 6 F 27 (1881).

Cite 20 Fair Market Value is determined by property received by taxpayer and not the F.M.V. of property transferred by taxpayer to the Trust. Commissioner vs. Marshman, C.A. 6 279 F 2d 27 (1960).

Cite 21 Certificates are personal property and convey no interest in the Trust Property. Parker vs. Mona-Marie Trust, 278 SE 321.

Cite 22 Trustees of Pure Business Trusts (not corporations) are the owners of the Trust property in a fiduciary relationship. A relationship of partners does not exist between Certificate Holders.  Johnson vs. Lewis, 6 F 27 (1881).

Cite 23 An association does not include a Pure Trust and is not taxed as a corporation, partnership, etc. Pennsylvania Co. vs. U.S., (CA 3) 138 F 2d 869 (1943).

Cite 24 The basis for the terminology "Common Law Trust," in this connection, is

not that such organizations are the creatures of common law, as distinguished from equity, but that they are created under the <u>common law of contracts</u> and do <u>not depend</u> upon <u>any statute</u>. <u>Schumann-Heink vs. Folsom</u>, 159 NE 250.

Cite 25 If the organization is actually a Massachusetts Trust, or a Pure Trust, the shareholders are not liable for its debts. Re: Conover 295 111. App 443. <u>Greco vs. Hubbard</u>, 242 Mass 37.

Cite 26 The motive in forming a trust is generally not considered by Courts in determining validity, and it has been held that a Pure Trust is not rendered illegal because of the fact that it was formed for the express purpose of reducing or avoiding taxation. <u>Weeks vs. Sibley</u> (DC), 269 F 155: <u>Phillips vs. Platcliford</u>, 127 Mass 510.

Cite 27 The Court said, "It is not an evasion of legal responsibility to take what advantages may accrue from the choice of any particular form of organization permitted by the law." <u>Narragansett Mutual Fund Ins. Co. vs. Burnham</u>, 51 RI 371.

Cite 28 Capital Gains of the Trust were not taxable to taxpayer in view of the impossibility of reversion to him. <u>Bush vs. C.I.R.</u>, 1941,45 B.7CA. 609\, reversed on other grounds 133 F 2d 1005.

Cite 29 Latitude of power and activities of Pure Trust Trustee is greater than ordinary Trustees. <u>Ashworth vs. Hagan Estates.</u>, 181 S.E. 381 (1935).

Cite 30 The Power to tax is subject to the 5th and 14 Amendments (due process) provisions. Congress can deprive no one of due process. <u>Beeland Wholesale. Co. vs. Kauftnan</u>, 174 So. 516 (1937).

Cite 31 Certificates are not chattels but are evidences of intangible rights. <u>Goodhue</u>

vs. State St. Trust Co., 267 Mass 28.

Cite 32 Where taxpayer, prior to the taxable year, created separate Trusts for each

of his five minor children which Trusts were to last for the life of the respective

beneficiaries Revenue and no power to revoke the Trusts was reserved, by the

grantor or vested in anyone else, the Trusts were irrevocable and the income of the

Trusts is not-taxable to taxpayer. Act 1934, para. 166. Aver vs. C.I.R., 1941, B.T.A.

146. See Exhibit 8

### MEMORANDUM OF LAW
### PURSUANT TO CIVIL RIGHTS AND THE FEDERAL LAND
### PATENT

A.    US V BEGGERLY 97 IS 731 (1998) "sets forth the Land Patent is a contract

between the patentee and the U.S.,"

B.    The land grant/patent is a contract between the patentee and the U.S.

ARTICLE 1 Sec 10, States shall pass no law impairing the obligation of

contracts FLETCHER v. PECK 10 U.S. 87.3 Led. 162.

C.    A patent certificate, or patent issued, or confirmation made to an original

grantee or his legal representative, embraces representatives of the grantee

or assignee by contract as well as by law. HOGAN v. PAGE, 17L.Ed. 854.

D.    LYNCH v. HOUSEHOLD FINANCE CORP., 405 U.S. 538 (1972) clearly

states, "Property does not have rights. People have rights. The right to

enjoy property without unlawful deprivation, no less than the right to speak

or the right to travel, is in truth a "person" right, whether the "property" in

question be a welfare check, a home, or a savings account. In fact, a

17

fundamental interdependence exists between the personal right to liberty and the personal property right. Neither could have meaning without the other. The rights in property are the basic civil rights have long been recognized. Congress recognized these rights in 1871 when it enacted the predecessor of 42 U.S.C. 1983 and 1343 (3). We do no more than reaffirm the judgment of congress today.

E.    18 U.S.C. 242 provides for redress of grievance against public officials who violate their oath or constitution be it state or federal.

F.    42 U.S.C. 1983 provides that every person who, under color of any statue, ordinance, regulation, custom or usage, of any State or Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to deprivation of any rights privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proceedings for redress.

G.    "The covenants run with the land, but only those that are in the patent proceedings." "Covenants must have been presented in the original patent proceedings or are forever barred." SUMMA CORP. v. CALIFORNIA. 466 US 198(1984)

H.    "Owner is free to do with his property what he wills, absent criminal intent, constitutional limitations, or liability for tortuous activities in connections therewith, "214 N.J. SUPER. 275. (FEB. 14.1990)

I.    The claimant of the land patent holds superior interest and title to the property so patented. According to 63 Am Jur 2d pg. 422. "Nothing passes

by intendment or implication, and the grant will cover only that which is conveyed in clear language". 63<u>C Am Jur 2d pg 423</u>.

J.     In Federal Courts, the patent is held to be the foundation of title at law. <u>FENN v. HOLME. 21 HOWARD 481</u>.

K.    The U.S. land patent prevails over state constitution. Property rights are paramount. Not only does the U.S. constitution protect property rights, but the laws of the Federal Government do also. <u>STELLA HUGHES v. STATE OF WASHINGTON. 389 U.S. 290 (1967)</u>.

L.    "This Patent like all patents cannot be collaterally attacked, patents cannot be changed from the original" <u>U.S. v CORONADO BEACH CO. 255 U.S. 427 (1921)</u>.

M    "<u>COLOR OF LAW STATUTES</u>" has no force and effect on the land patent. The State of Indiana, the County of Steuben does not have the subject matter jurisdiction on the lands transferred under Federal Land Patents. <u>Article 1 Sec 10</u>.
        States shall pass 'NO' law impairing the obligations of contracts.

N.    Any claims by a state to impose interest, control and jurisdiction over patented lands must be provided within the patent or is forever barred. <u>SUMMA CORP. v. CALIFORNIA. 466 U.S. 198 (1984)</u>,

0.    Terms of the patent are complete. So even changes in the land itself do not effect the patent. <u>KLAIS v. DANOWSKI 373 MICH. 262.29 N.W. 2d 414 KLAIS v. DANOWSKI 373 MICH. 281.129 N.W. 2d 423</u>.

P.    The land patent is a contract between the patentee and the U.S. "Article 1

Sec 10, States shall pass no law impairing the obligation of contracts" <u>U.S. v. BEGGERLY. 97 U.S. 731 (1998)</u>.

Q.    A patent is not subject to collateral attack. <u>WEST v. STANDARD OIL CO.. 278 U.S. 200. 73 LeD 265.49 s c T 138</u>.

R.    A covenant or easement added after the patent proceeding would be a collateral attack on the patent. <u>U.S. v. CORONADO BEACH CO. U.S. 427 (1921)</u>.

S.    The power of congress to dispose of its land cannot be interfered with, or its exercise embarrassed by state legislation, nor can such legislation deprive the grantees of the United States of the possession and enjoyment of the property granted by reason of any delay in the transfer of title after the initiation of proceedings for the acquisition. State statutes that give lesser authoritative ownership of title than a patent cannot be brought into federal court. <u>LANGDON v. SHERWOOD. 124 U.S. 74 80: GIBSON v. CHATEAU 880 U.S. 92</u>.

T.    The "Warranty Deed" is merely "Color of Title". <u>HOWTH v. FARRAR. 94 F2d654</u>. Color of title means: "That is a semblance or appearance of title, but not title in fact or in law" <u>BLACK'S LAW SIXTH ED</u>.

U.    A Patent for land is the highest evidence of Title, and is conclusive evidence against the Government and all claiming junior patents or titles. <u>U.S. v. STONE. 167 U.S. 178</u>.

V.    In Federal Courts, the patent is held to be the foundation of title at law. The plaintiff in ejectment must in all cases prove the legal title to the premises in

himself title will not be sufficient for recovery. The practice of allowing

ejectments to be maintained in state courts upon equitable titles cannot affect

the jurisdiction of the courts of the United States. FENN v. HOLME. 21

HOWARD 481.

W.   Congress has the sole power to declare the dignity and effect of titles

emanating from the United States and the whole legislation of Government in

reference to the public lands declare the patent to be superior and conclusive

evidence of legal title. Until it issues, the fee is in the Government, which by

patent passes to the grantee, and he is entitled to enforce the possession in

ejectment. All who claim under patent are entitled to the same rights as the

patentee. BAGNELL v. BRODERICK. 13 PETER 436.

X.   A patent certificate, or patent issued, is confirmation made to an original

grantee or his legal representative, embraces representatives of the grantee

or assignee by contract as well as by law. HOGAN v. PAGE, 17 L. Ed. 854.

Y.   Since road was not provided for in the original land grant, even though

undisputed historical evidence for such was presented, the land owner won

the quiet title suit on appeal. HOAGLAND TRUST v. EMMET &

CHARLEVOIX COUNTY ROAD COMMISSIONS. No 204409 Charlevoix

Circuit Court LC Nofs). 96-077818 Cll (Michigan court of appeals reversal

order eff. Jan. 2000).

Z.   Since road WAS PROVIDED for in the land patent. Bernal won the right of

access to his property. BERNAL v. JOEKS ET AL. 997 p. 2d 1192: 2000

Ariz. App. LEXIS 43; 317 Ariz Adv. Rep. 25 (Arizona court of appeals filed 3/16/2000.

Aa.    Arizona Public Service sought to have a right of way granted for an existing power transmission line over patented land. The power transmission line had originally been licensed under a Federal Power Commission License No. 150 granted April 14,1922 and was due to expire April 30,1972. The Interior Dept. Board of Appeals rejected the appeal saying they had no authority or jurisdiction when the patented land did not specifically provide for such right of way. ARIZONA PUBLIC SERVICE COMPANY INTERIOR DEPT. decision on appeal. March 13.1972 - 5 IBLA 137 appealed from BLM ARIZONA 6014 -Phoenix Land Office.

Ab.    Terms of the patent are complete, so even changes in the land itself do not effect the patent. KLAIS v. DANOWSKI 373 Mich. 262.129 N.W. 2d 414.

Ac.    Terms of the patent are complete, so even changes in the land itself do not effect the patent. KLAIS v. DANOWSKI 373 Mich. 262.129 N.W. 2d 423.

Ad.    All land patents flow from treaty law. Ware, Administrator Jones, Plaintiff in Error, versus HYLTON et al. 3 U.S. LEXIS 400; 1L Ed. 568 3 Pall. 199.

Ae.    63C Am Jur 2d pg 424, "In the interpretation of the effect of a public grant, the law in effect at the time the grant was made governs. Furthermore, a state court must follow Federal decisions on the same subject."

Af.    All laws which are repugnant to the constitution are null and void. 5 US 137 MARBURY v. MADISON (1803).

Ag.    No state may convert a secured liberty or right into a privilege, issue a license

or permit and charge a fee for it. <u>MURDOCK v. PENNSYLVANIA (1943).</u>

Ah.     An unconstitutional act is not law, it confers no rights, it imposes no duties,

afford no protection, it creates no office, it is in legal contemplation, as

inoperative as though it had never been passed. <u>118 U.S. 425-442 NORTON</u>

<u>v. SHELBY COUNTY.</u>

Ai.     Where rights secured by the constitution are involved, there can be no rule

making or legislation passed which would abrogate them. <u>348 U.S. 436 pg.</u>

<u>491 MIRANDA v. ARIZONA.</u>

Aj.     <u>16 Am Jur 2d Section 177. late 2nd section 256;</u> The general rule is that an

unconstitutional statute, though having the form and the name of a law, is in

reality no law, but is wholly void, and ineffective for any purpose, since

unconstitutionality dates from the time of its enactment, and not merely from

the date of the decision so branding it. No one is bound to obey an

unconstitutional law and no courts are bound to enforce it.

Ak.     Liberal pleading requirements do not permit courts to dismiss <u>42 USC 1983</u>

municipal liability claims for lack of factual specificity under rule 12 (b) (6)

especially where the plaintiff is proceeding pro se. CIVIL PRODEDURE,

CIVIL rights, <u>McCORMICK v. CITY OF CHICAGO (10/16/2000) -No. 99-</u>

<u>2365.</u>


## BRIEF ON FRAUD

False Statement (B.L.D. 6th) - Statement knowingly false, made recklessly

without honest belief in its truth, and with purpose to mislead or deceive. <u>Third</u>

National Bank v. Schatten, C.L.A. Tenn. 81 F.2d 538, 540. The federal criminal

statute governing false statements applies to three distinct offenses: <u>falsifying</u>,

<u>concealing</u>, or <u>covering up a material fact</u> by any trick, scheme or device; making

false fictitious or fraudulent statements or representation; and making or using any

false document or writing. 18 U.S.C.A. 1001.

   <u>Mail & Wire Fraud</u> (B.L.D. 6th) — Criminal offense of using mail or

interstate wires to create or in furtherance of a scheme or artifice to defraud, or for

obtaining money or property by means of false or fraudulent pretenses. 18 U.S.C.A.

1341,1343.

   <u>B.L.D. 7th</u> — Covers an act of using the U.S. Postal Service as in making false

representation, through the mail to obtain an economic advantage. 18 U.S.C.A.

1341-1347.

   <u>Frauds, Statutes Of</u>- This is the common designation of a very celebrated

English statute (29 car. III, c.3) passed in 1677, which has been adopted, in a more

or less modified form, in nearly all of the United States. Its chief characteristic is

the provision that no suit or action shall be maintained on certain classes of

contracts or engagements unless there shall be a note or memorandum thereof in

writing signed by the party to be charged or by his authorized agent (e.g., contracts

for the sale of goods priced at $500.00 or more; contracts for the sale of land;

contracts which cannot, "by their terms be performed within a year; and contracts

to guarantee the debt of another). Its object was to close the door to the numerous

frauds and perjuries. It is more fully named as the "statute of frauds and

perjuries". U.C.C. 2-201 provides that a contract for the sale of goods for the price

of $500.00 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

False Arrest - An arrest made without proper legal authority. A species of false imprisonment, consisting of the detention of a person without his or her consent and without lawful authority. Reams v. City of Tucson, App. 145 Ariz. 340, 701 P. 2d 598,601. Such arrest consists in unlawful restraint of an individual's personal liberty or freedom of locomotion. Johnson v. Jackson, 43 111. App 2d 251, 193 N.E. 2d 485,489. An arrest without proper legal authority is a false arrest and because an arrest restrains the liberty of a person it is also false imprisonment. The gist of the tort is protection of the personal interest in freedom from restraint of movement. Neither ill will nor malice are elements of the tort, but if these elements are shown, punitive damages may be awarded in addition to compensatory or nominal damages. [This includes arresting property without due process and keeping rightful owners from use thereof.]

Falsus in uno, falsus in omnibus - False in one thing, false in everything. Dawson v. Bertolini, 70 R.E. 325,38 A. 2d 765, 768. It is particularly applied to the testimony of a witness who, if he is shown to have sworn falsely in one detail, may be considered unworthy of belief as to all the rest of his evidence.

False and Fraudulent, (B.L.D. 6th) - To amount to actionable "false and fraudulent representation", they must have been as to existing fact or known by one making them, from his superior knowledge, to have been untrue when made.

Burlinson v. Weis, Mo. App. 1525. W. 2d 201,203.

False Answers - In pleading, a sham answer; one which is false in the sense of being a mere pretense set up in bad faith and without color of fact. Such answer may be ordered stricken on motion.

False - The word "false" has two distinct and well-recognized meanings: (1) intentionally or knowingly or negligently untrue: (2) untrue by mistake or accident or honestly after the exercise of reasonable care. Metropolitan life Insurance Co. v. Adams, D.C. App., 37 A. 2d 345,350. A thing is called "false" when it is done, or made with knowledge, actual or constructive, that it is untrue or illegal, or is said to be done falsely when the meaning is that a party is in fault for its error. A statement (including a statement in a claim or document), is false if it is untrue by the person making it, or causing it to be made.

Bills of Attainder - Legislative acts, no matter what their form, that apply to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without judicial trial. United States v. Brown, 381 U.S. 437, 448-449; United States v. Lovett, 328 U.S. 303,315. An act is a "bill of pains and penalties" when the punishment is less severe; both kinds of punishment fall within the scope of the constitutional prohibition. U.S. Const. Art. I Sec. 9, cl3 (as to congress) Art. I Sec. 10 (as to state legislature).

Perjury - whoever (1) having taken an oath before a competent tribunal, officer or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify truly or that any written testimony,

declaration, deposition or certificate by him subscribed, is true willfully and

contrary to such oath states or subscribes any material matter which he does not

believe to be true; or (2) in any declaration, certificate, verification, or statement

under penalty of perjury as permitted under section 1747 of Title 28 U.S. Code,

willfully subscribes as true any material matter which he does not believe to be true,

is guilty of perjury and shall except as otherwise expressly provided by law be fined

not more than $200.00 or imprisoned not more than five years or both. This section

is applicable whether the statement is made within or without the United States.

Scienter (B.L.D. 6th) - Knowledge by the representing party that the material

facts have been falsely represented or omitted with an intent to deceive. Myzel v.

Fields, 386 F. 2d 718. "Scienter" which requires both knowledge of a statement's

falsity or reckless indifference to its truth and intent to deceive. Venturtech II v.

Deliotte and Sells, 790 F. Supp. 576.

C.A. 3 (N. J.) 1997 - "Fundamental interests" are those which have their

source, explicitly or implicitly, in constitution. Alexander v. Whitman. 114 F. 3d

1392.

C.A. D.C. 1998 - To show "fundamental miscarriage of justice" excusing

procedural default, petitioner must show that constitutional violation has probably

resulted in conviction, [adverse action to petitioner],

C.D. Ill. 1996 — Only laws affecting fundamental rights come within the scope

of substantive due process, and "fundamental rights" are among those fundamental

principles of liberty and justice which lie at the base of all civil and political

institutions; fundamental rights are enumerated in constitution or are so

fundamental in our society that the state may not unjustly take them away.

U.S.C.A. Const. Amend. 14. <u>Rubin v. Ikenberry</u>, 933 F. Supp. 1425. Const. Law

252.5.

   <u>C.A. 10 (Kan.) 1996</u> - "Fraud on the court" is fraud which is directed to the

judicial machinery itself and is not fraud between the parties or fraudulent

documents, false statements, or perjury; it is thus fraud where the court or a

member is corrupted or influenced or influence is attempted, or where a judge has

not performed his judicial function, i.e., where the impartial function of the court

has been directly corrupted. <u>Weese v. Schukman</u>, 98 F. 3d 542. - Fed. Civ. Proc.

2654.

   <u>C.A. 9 (1998)</u> - "Fraud on the court" may occur when acts of party prevent

his adversary from fully and fairly presenting his case or defense. <u>Abatti v. CIR.</u>,

859 F. 2d 115. - Fed. Civ. Proc. 1654.

   <u>C.A. 5 (La.) 1966</u> - To establish "fraud on the court" it is necessary to show

an unconscionable scheme which is designated to improperly influence the court in

its decision; generally speaking, only most egregious misconduct, such as bribery of

judge or members of the jury, or fabrication of evidence by party in which an

attorney is implicated, will suffice. Fed. Rules of Civil Procedure 60 (b) (3) 28

U.S.C.A. <u>First National Bank of Louiscill v. Ludtig</u>, 96 F. 3d 1554. Fed. Civ. Proc.

"Fraud on Court" refers to subcategory of fraud, in which fraud, misrepresentation

or other misconduct is committed by court, its personnel or its officers. - <u>In re Tri-</u>

<u>Cran. Inc.</u>, 98 BR 609 - Fed. Civ. Proc. 2654.

      <u>Fraud on Court</u> (B.L.D. 6th) - A scheme to interfere with judicial machinery

performing tasks of impartial adjudication, as by preventing the opposing party

from fairly representing his case or defense. Finding of fraud on the court is

justified only by the most egregious misconduct directed to the court itself as

bribery of a judge or jury to fabrication of evidence by counsel and must be

supported by clear, unequivocal and convincing evidence. In re: Coordinated

Pretrial Proceedings in Antibiotic Antitrust Action. C.A. Minn., 538 F. 2d 180,195.

It consists of a conduct so egregious that it undermines the integrity of the judicial

process. Stone v. Stone Alaska, 647 P. 2d 582, 586.

C.A. 1 (Me.) 1990 - Litigant commits "fraud on court" when litigant and

attorney concoct some unconscionable scheme calculated to impair court's ability

fairly and impartially to adjudicate dispute. - Sandstrom v. Chem Lawn Corn. 904

F. 2d 83. Fed. Civ. Proc. 1741.


## Rule 60 Relief From Judgment or Orders

(b) Mistakes; Inadvertence; Excusable neglect; Newly discovered evidence;

Fraud; etc. On motion and upon such terms as are just, the court may relieve a

party or a party's legal representative from a final judgment, order, or proceeding

for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence which by due diligence could not have been

discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether

heretofore denominated intrinsic or extrinsic) misrepresentation or other

misconduct on adverse party; (4) the judgment is void; (5) the judgment has been

satisfied, released, or discharged or a prior judgment upon which it is based has

been reversed or otherwise vacated or it is no longer equitable that the judgment should have prospective application or (6) any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding, was ordered or taken.

C.A. 6 (Ohio) 1993 - "Fraud on the court" consists of conduct:

(1) on part of officers of the court;

(2) that is directed to judicial machinery itself;

(3) that is intentionally false, willfully blind to the truth, or is in reckless disregard for the truth, that is positive averment or is concealment when one is under duty to disclose, that deceives the court. Demjanjuk v. Petrovsky, 10 F. 3d 338; Rison v. Demianiuk, 115 S. Ct. 295,513 U.S. 914. Fed. Civ. Proc. 2654.

C.A. 1 (Mass.) 1989 - Federal District Court can order dismissal or default where litigant has stooped to level of fraud on the court. Aoude v. Mobil Oil Corp., 892 F. 2d 1115.

HN 4 - Federal Courts - Federal District Court possesses inherent power to deny court's processes to one who defiles judicial system by committing fraud on court. Ibid. 1115.

HN 5 - Federal Civil Procedure - "Fraud on Court" upon which dismissal of action can be based, occurs where it can be demonstrated, clearly and convincingly, that party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate matter by

improperly influencing trier or unfairly hampering presentation of opposing party's claim or defense. Ibid 1115.

D. Conn. 1996 - "Fraud by nondisclosure" involves failure to make full and fair disclosure of known facts regarding matter about which party assumes to speak. Amatulli v. People's Bank, 917 F. SUDD. 895.

Tenn. App. 1979 - In order to maintain successful cause of action for "fraudulent misrepresentation" there must be proof of false representation of existing or past material facts, which false representation must have been made knowingly, without belief in its truth, or recklessly, and some person must have reasonably relied upon it and suffered some damages as result of such reliance. Graham v. First American National Bank, 594 S.W. 2d 723. Fraud in the inducement - Fraud occurring when a misrepresentation lends another to enter into a transaction with a false impression of the risk, duties, or obligations involved, an intentional misrepresentation of a material risk or duty reasonably relied on; thereby injuring the other party without vitiating the contract itself. Fraud in the factum - Fraud occurring when a legal instrument as actually executed differs from the one intended for execution by the person who executes it, or when the instrument may have had no legal existence.

N.D. Ohio 1996 - "Fraudulent inducement" is valid basis for finding contract void ab initio, and ordering recession. Ferro Corp. v. Garrison Industries. Inc.. 927 F. Supp.234.

Action void ab initio - action void from its beginning.

Fraud (B.L.D. 6th) - An intentional perversion of truth for the purpose of

inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another, so that he shall act upon it to his legal injury.

<u>Webster's Third International Dictionary 1986</u>

Fraud - la: an instance or an act of trickery or deceit esp. when involving misrepresentation 3: the condition of being defrauded or deguiled.

C.A. (111.) 1994 - "Fraud" is concealment of material facts;

C.A. (I1U 1992 - Generally "fraud" which renders court orders void, implies some sort of knowledge that statements being made are false.

C.A. 5 (Tex.) - Elements of fraud include the following:

(1) misstatement or omission;

(2) of material facts;

(3) made with intent to defraud;

(4) on which the plaintiff relied; and

(5) which proximately causes the plaintiff injury.

<u>Williams v. WMX Technologies. Inc.</u>, 112 F. 3d 175.

Tenn. Digest — A bill to enjoin the levy of execution on the ground of fraud is sufficient if it sets out the facts, though it is not specific in charging fraud. <u>Wesssell v. Sharp</u>, 39 S.W. 543.

Intent (D.C. Tenn. 1956) - Generally, fraudulent intent or equivalent thereof is an essential element of fraud, and such intent may be established by circumstance.

Cumberland Portland Cement Co. v. R.F.C. 140 F. Supp. 793, affirmed 232 F. 2d 930.

Tenn. App. 1968 - The intention to defraud may be proven by acts, conduct and circumstance or by silence of one upon whom it is incumbent to speak concerning material matters which are entirely within his own knowledge. Vila v. Beach, 442 S.W. 2d 644. 59 Tenn. App. 547.

S.D. Miss. - Under Mississippi law "fraud" involves knowing and intentional misrepresentation of material fact which causes party reasonably and justifiably to rely on that misrepresentation and suffer injuries as a consequence. Black v. Carey Canada. Inc. 791 F. Supp. 1120. Fraud 3.

S.D. Ind. 1993 - "Fraud" is any cunning, artifice or device used to cheat or deceive another. Fuller Mortg. Assoc., Inc. v. Keegan, 829 F. Supp. 1507.

D. Mass. 1995 - "Fraud" entails intentional misrepresentation of material fact. AT&T Co. v. IMR Capital Corp., 888 F. SUDD. 221.

Tenn. 1983 - Basic rule prescribing the measure of damages for fraud is that the injured party should be compensated for the actual injuries sustained by placing him or her in the same position that he or she would have occupied had the injury not occurred. Blasingame v. American Materials. Inc. 654 S.W. 659.

Collateral Attack (B.L.D. 6th) - An attack on a judgment in any matter other than by action or proceeding, whose very purpose is to impeach or overturn the judgment; or state affirmatively, a collateral attack on a judgment is an attack made by or in an action or proceeding that has an independent purpose other than impeaching or overturning the judgment. Travis v. Travis Estate, 79 Wyo. 329,334

P. 2d 508. With respect to a judicial proceeding an attempt to void, defeat, or evade,

or deny its force and effect, in some incidental proceeding not provided by law for

the express purpose of attacking it. May v. Caster, 184 OK. 448,110 P. 2d 287.

Direct Attack on a judgment or decree is an attempt, for sufficient cause, to have it

annulled, reversed, vacated , corrected, declared void or enjoined in a proceeding

instituted for that specific purpose, such as an appeal, writ of error, bill of review,

or injunction to restrain its execution; distinguished from a collateral attack, which

is an attempt to impeach the validity or binding force of the judgment or decree as a

side issue or in a proceeding instituted for some other purpose. Ernell v. O'Fiel,

Texas, Civ. App. 4415 S.W. 2d 653.


### Collateral Order Doctrine


U.S. Ca. 1987 - "Collateral order doctrine" recognizes that limited class of

prejudgments orders are sufficiently important and sufficiently separate from

underlying dispute that immediate appeals should be available; to qualify as a

"collateral order" decision must conclusively determine disputed question, resolve

important issue completely separate from merits of action and be effectively

unreviewable on appeal from final judgment. 28 U.S.C.A. Sec. U.S. 370, 94 L.Ed.2d

389 - Fed. Cts. 572.1

Cohen Doctrine - The final avenue of appeal is the collateral order doctrine,

established in Cohen v. Beneficial Indus. Loan Corp., 377 U.S. 541 (1949). The

Supreme Court has said that orders entitled to Cohen appeals must:

(1) conclusively determine the disputed question;

(2) resolve an important issue completely separate from the merits of the action; and

(3) be effectively unreviewable on appeal from final judgment.

Cooper & Lvbrand v. Livasay, 437 U.S. 463,98 S. Ct. 245, 57 L.Ed. 2d 351 (1978).


## FACTS OF FRAUD


In November 2006, HOMECOMINGS FINANCIAL, LLC. was notified that the property at 391 Concord Drive, Branson, Missouri had been placed into a irrevocable, common law, contract pure trust organization having absolutely no adhesions to corporate or statutory privileges. I Jacob:Franz, Dyck, am the Trustee of Concord Trust. The notice was reiterated several times during the winter and spring. It was defaulted because no answer had been given on the account or viewing the initial unaltered promissory note. In April 2007, HOMECOMINGS FINANCIAL, wrote a threatening letter stating that the property would be sold. On several occasions the property was placed on sale at the courthouse steps with no attendees bidding on or buying the property. This case is intended to bring forth all accounting of money transferred and viewing the original promissory note made by the Urbans.

As stated in the Brief, Fraud on the court was committed by the judge, clerk,

and court recorder by continuing the conspiracy of larceny and stealing by the Mortgage Servicers and carried through by the sheriff. Although I hold the Warranty Deed, I was never named on any document. I spent numerous years in the service of my country. My father spent his life in the development, improvement and maintenance of the ICBM program and did so to his death. My Uncle and Grandfather died defending freedom and justice of the Christian beliefs of our Bill of Rights guarantying rights of religion, discovery in legal conflicts, and Trial bv Jury, of our peers.

Furthermore; this property has a Federal Land Patent on it held by the Urbans after doing their due diligence on the property. They were given the Land Patent from the Federal Land Patent office which was awarded initially through military service to this country. This government operates by the Constitutions, State and Federal, and the approval of such by We The People. I will not allow legal immoralists, having no allegiance to the United States of America, carry on a travesty of justice through fraud, conspiracy to commit fraud, larceny, stealing with no religious (of any type) scruples by the privileges granted to them by We The People. This type of egregious action must be stamped out at its beginning. Proper punishment must be rendered by this Court of Federal Claims as is proper and just; otherwise lady justice with a blindfold and scales is peeking.

By use of their color of office the Defendants grossly violated the Plaintiffs rights as stated herein and created through egregious schemes torts to steal the property of the Plaintiffs. Being learned and well educated these actions of torts must be prosecuted and the wrongs must be compensated to the Plaintiffs, for no

36

public official is above the law. When a judge violates his oath of office, any judgment he makes is void, a nullity, has no efficacy, thereby cannot be enforced. Any enforcement (see <u>Scheuer v Rhodes and Yates v Village of Hoffman Estates</u>) by sheriff or deputies is void in itself and with the use of guns is punishable as a crime with life imprisonment.

The courts have long recognized that such action is predetermined by the judge through a conniving scheme frustrates the party affected adversely by such criminal activity. For such reasons judges engaging in such activity are not immune from civil or criminal action brought against them. The entire matter of the judge's action is violative of his oath to the constitutions thereby losing subject matter jurisdiction, for without it the judge lacks authority to sit on the bench. Perpetrating such a heiness action is definitely not what our forefathers had in mind when they created Article III of the constitution, and is certainly just cause to remove the judge.

The Defendants were professional individuals whose profession was the Administration of Justice. The justice was administered well below the level of expectation by individuals having gone to institutions of higher learning (law school) expressly for that of administering justice, and by taking an oath to uphold the constitutions, state and federal. By this action all the sections of the Treaties stated here in were violated by all the defendants in a conspiracy to defraud the Plaintiffs of their rights. This includes the right to own property. Being Sovereign, not corporate beings, as stated in the Definitive Treaty of Peace of 1783 between Britain

and the United States, they are willing to stand up and defend those rights. Refusing to answer the accounting and viewing the promissory note, the BANK and all co-conspirators created a fraud by not acknowledging the Federal Land Patent and Concord Trust (a Pure Irrevocable Common Law Contract Trust Organization).

Prayer

Plaintiffs pray that this action will produce an accounting of all monies transferred and the viewing of the original unaltered promissory note. Thereby, leaving the property as is in the hands of the trust with the land patent intact.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date: July 18, 2007

James Craig Urban

Nancy Lee Urban

Jacob-Franz: Dyck
3000 Green Mountain Drive
100-417
Branson, Missouri [65616]

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I. (a) PLAINTIFFS** *James Urban et al*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** *Homecoming Financial et al*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*3000 Green Mnt Dr.
Brenson, Mo. 65616*

Case: 1:07-cv-01451
Assigned To : Roberts, Richard W.
Assign. Date : 8/10/2007
Description: Pro Se General Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

***(If Antitrust, then A governs)***

☐ **E. General Civil (Other) OR** ☒ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General □ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | □ 895 Freedom of Information Act □ 890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act □ 720 Labor/Mgmt. Relations □ 730 Labor/Mgmt. Reporting & Disclosure Act □ 740 Labor Railway Act □ 790 Other Labor Litigation □ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act) □ 443 Housing/Accommodations □ 444 Welfare □ 440 Other Civil Rights □ 445 American w/Disabilities-Employment □ 446 Americans w/Disabilities-Other | □ 110 Insurance □ 120 Marine □ 130 Miller Act □ 140 Negotiable Instrument □ 150 Recovery of Overpayment & Enforcement of Judgment □ 153 Recovery of Overpayment of Veteran's Benefits □ 160 Stockholder's Suits □ 190 Other Contracts □ 195 Contract Product Liability □ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**ORIGIN**

□ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*Constitutional Rights violation Title 28 USC (1331)*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23    **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   □ NO

**VIII. RELATED CASE(S) IF ANY** *0.0*   (See instruction)   □ YES   ☒ NO   If yes, please complete related case form.

DATE *8/10/07*   SIGNATURE OF ATTORNEY OF RECORD   *Jacob Emmy Dych*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.