```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JAMES CRAIG URBAN et al.,     )
                              )
         Plaintiffs,          )
                              )
         v.                   )    Civil Action No. 07-1451 (RWR)
                              )
HOMECOMINGS FINANCIAL, LLC    )
  et al.,                     )
                              )
         Defendants.          )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs are directed to show cause in writing by September 21, 2007, why this case should not be dismissed or transferred for lack of venue in this district.

SIGNED this 30th day of August, 2007.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge