```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
JAMES CRAIG URBAN et al.,     )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 07-1451 (RWR)
                              )
HOMECOMINGS FINANCIAL, LLC    )
   et al.,                    )
                              )
        Defendants.           )
_____)
```

### ORDER OF DISMISSAL

Plaintiffs were directed to show cause in writing by September 21, 2007, why this case should not be dismissed or transferred for lack of venue in this district. Plaintiffs have not responded. Accordingly, because it appears that venue is not proper in this court, it is hereby

ORDERED that this case be dismissed for lack of venue.

SIGNED this 27th day of September, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```