## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

James Craig Urban, et al

SEP **2 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:07-cv-01451
Assigned to: Roberts, Richard W.
Description: Pro Se General Civil

V.

HOMECOMINGS FINANCIAL, LLC, et al

DEMANDED Rule 38 FRCP
Demand for **trial by jury**

DEFENDANTS, (RESPONDENTS)

_____

_____

Request for extension
   Time to answerer Judge Roberts request.

Because of personal reasons I will need more time to answerer
Judge Roberts request.

*Jacob Franz Dyck*
Jacob Franz Dyck