```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JAMES CRAIG URBAN et al.,     )
                              )
         Plaintiffs,          )
                              )
         v.                   )    Civil Action No. 07-1451 (RWR)
                              )
HOMECOMINGS FINANCIAL, LLC    )
   et al.,                    )
                              )
         Defendants.          )
_____)
```

**ORDER ALLOWING MORE TIME TO RESPOND TO SHOW CAUSE ORDER**

This case was dismissed on September 27, 2007, because plaintiffs had not responded to a show cause order and venue in this court did not appear proper. On that same date, the Clerk of Court entered on the docket plaintiffs' request for more time to respond to the show cause order, which had been received by the Clerk on September 26, 2007. Accordingly, it is hereby

ORDERED that the Order of Dismissal entered September 27, 2007 be, and hereby is, VACATED, and plaintiffs' request for more time to respond be, and hereby is, GRANTED. Plaintiffs are directed to file their response so that it is received by the Clerk's office on or before October 24, 2007.

SIGNED this 9th day of October, 2007.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge