```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JAMES CRAIG URBAN et al.,     )
                              )
        Plaintiffs,           )
                              )
        v.                    )    Civil Action No. 07-1451 (RWR)
                              )
HOMECOMINGS FINANCIAL, LLC    )
   et al.,                    )
                              )
        Defendants.           )
_____)
```

### ORDER OF DISMISSAL

After seeking and being granted an extension of time, plaintiffs, who are proceeding pro se, were required to show cause in writing by October 24, 2007 why this case should not be dismissed or transferred for lack of venue in this district. Plaintiffs have timely responded, but have not shown that venue in this court is proper. Because it appears that venue does not lie in this district, see 28 U.S.C. § 1391, this case will be dismissed for lack of venue. 28 U.S.C. § 1406(a). Accordingly, it is hereby

ORDERED that this case be dismissed for lack of venue.

SIGNED this 26th day of October, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```