RECEIVED

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Craig Urban

et al

v.

HOMECOMINGS FINANCIAL, LLC

et al

Case 1:07-cv-01451
Assigned to: Roberts, Richard W.
Assign Date: 8/10/2007
Description: Pro Se General Civil

DEMANDED Rule 38 FRCP
Demand for **trial by jury**

NOTICE OF APPEAL

This is to notice this court that the above styled case will be appealed.

11-8-2007

James-Craig: Urban

Sent Certified Mail
Tracking #
7007 0330 0000 6953 7934