# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7167**                                   **September Term, 2007**

07cv01451

Filed On: January 18, 2008

[1093152]
James Craig Urban,
        Appellant

Nancy Lee Urban and Jacob Franz Dyck,
        Appellees

v.

Homecomings Financial, LLC, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

## O R D E R

      By order filed November 28, 2007, directing appellant to either pay the $450.00 appellate docketing and fling fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis, by December 28, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on December 3, 2007. Upon consideration of the foregoing, it is

      **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

      The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk